UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAQUANA M. BATTLE,<br><br>Plaintiff,<br><br>-v-<br><br>MARKYS ROSARIO DE JESUS and SANTAMARIA TRUCKING SERVICE INC.,<br><br>Defendants. | 26 Civ. 8977 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

On October 14, 2026, the Court scheduled an initial pretrial conference to be held on November 10, 2026, and it ordered the parties to submit a joint letter and proposed case management plan "[n]o later than seven days prior" to that conference. Dkt. 3 at 1. The parties have failed to do so. By 5:00 p.m. today, the parties shall submit the required letter and case management plan, as detailed in the Court's previous order. *Id.*

SO ORDERED.

Dated: November 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge